IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ALEXANDER, ) | |
| ) | Case No. 3:22-cv-224 |
| Plaintiff, ) | |
| ) | JUDGE KIM R. GIBSON |
| v. ) | |
| ) | |
| CASEY THORNLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This matter is before Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

On December 2, 2022, pro se plaintiff Keith Alexander ("Plaintiff") filed a complaint asserting state and federal tort claims against defendant Casey Thornley and a number of other of individuals and entities who have played some role in providing with Plaintiff medical care for a skin condition during his incarceration at Pennsylvania's State Correctional Institution at Houtzdale (collectively, "Defendants"). (ECF No. 4). On the same day, Plaintiff moved for a preliminary injunction that would force Defendants to (a) cease denying Plaintiff his constitutional right to adequate medical care; (b) arrange for a medical examination and formal diagnosis of his skin condition; (c) establish a treatment plan for the skin condition that does not rely on corticosteroid creams; and (d) provide a treatment plan for the "TSW syndrom[e]" that Plaintiff claims to have developed from the corticosteroid creams. (ECF No. 5 at 2–3).

On June 1, 2023, Magistrate Judge Dodge entered a Report & Recommendation ("R&R") recommending that the Court deny Plaintiff's motion for a preliminary injunction. (ECF No. 61).

Plaintiff filed timely objections to the R&R on June 15, 2023. (ECF No. 65). The Court has reviewed these objections and finds them to be without merit.

Accordingly, upon de novo review of the above filings, the following order is entered:

**AND NOW**, this <u>5th</u> day of July, 2023, **IT IS HEREBY ORDERED** that Magistrate Judge Dodge's R&R at ECF No. 61 is **ADOPTED** as the Opinion of the Court for its reasoning and conclusion.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction at ECF No. 5 is **DENIED**.

BY THE COURT:

_____<br>
**KIM R. GIBSON**<br>
**UNITED STATES DISTRICT JUDGE**

Notice by U.S. mail to:

**Keith Alexander**
NS-7745
SCI HOUTZDALE
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000